**Order filed July 13, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00138-CV
_____

### CHRISTOPHER MICHAEL DIEHL, Appellant

### V.

### BRITTANY FORGEY, Appellee

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2020-45357**

## ORDER

On May 13, 2021, this court issued an opinion dismissing this appeal. On June 2, 2021, appellant filed a motion for rehearing. The motion is **GRANTED**.

This court's opinion filed May 13, 2021 is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.**

The appellant's brief is due **August 12, 2021**.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Spain.